**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JOSE GALAN,** : | |
| **Plaintiff,** : | |
| **v.** : | **CIVIL NO. 05-CV-5970** |
| : | |
| **MICHAEL J. ASTRUE,** : | |
| Commissioner of Social Security, : | |
| **Defendant.** : | |

## <u>ORDER</u>

      **AND NOW**, this 1st day of May 2007, upon consideration of Plaintiff's Motion for Summary Judgment [Doc. # 9], Defendant's Response thereto and Cross-Motion for Summary Judgment [Doc. # 10], Defendant's Supplemental Memorandum of Law [Doc. # 14], Plaintiff's Supplemental Memorandum of Law [Doc. # 15], United States Magistrate Judge Timothy R. Rice's Report & Recommendation [Doc. # 16], and the Record in the above-captioned matter, and in the absence of any objections to the Report & Recommendation, it is hereby **ORDERED** that:

    (1)     The Report & Recommendation is **APPROVED** and **ADOPTED**;

    (2)     Plaintiff's Motion for Summary Judgment is **GRANTED** inasmuch as it seeks remand for further proceedings, but **DENIED** in all other respects;

    (3)     Defendant's Motion for Summary Judgment is **DENIED**;

    (4)     The matter is **REMANDED** to the Commissioner to develop the record more fully, to evaluate all relevant medical evidence, and specifically to:

        (a)     reassess Plaintiff's credibility in accordance with the Report & Recommendation;

        (b)     attempt to translate Dr. Olivo's shorthand treatment notes; and

(c)     reevaluate Dr. Olivo's opinion based on a thorough examination of the underlying evidence of the entire record, including any newly acquired evidence collected on remand.

It is **FURTHER ORDERED** that the Clerk of Court shall **CLOSE** this case for statistical purposes.

It is so **ORDERED**.

BY THE COURT:

**/s/ Cynthia M. Rufe**
**CYNTHIA M. RUFE, J.**

-2-